# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYSHEEN A. JACKSON,** | : | **CIVIL NO. 3:03-CV-1725** |
| Plaintiff, | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **MARGARET GORDON,** *et al.*, | : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 24th day of February 2014, upon consideration of defendants' motions (Doc. 156, 157) for summary judgment, and for the reasons set forth in this Court's Memorandum of the same date, it is hereby **ORDERED** that:

1. Defendants' motions (Doc. 156, 157) for summary judgment pursuant to Federal Rule of Civil Procedure 56 are DEEMED unopposed and GRANTED.

2. The Clerk of Court is directed to ENTER judgment in favor of defendants Law, Gordon, Kelchner, Lasky, Newfield, and Harris and against plaintiff.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

            **BY THE COURT:**

            **s/James M. Munley**
            **JUDGE JAMES M. MUNLEY**
            **United States District Court**